# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 26, 2016

Robert P. Young, Jr.,
*Chief Justice*

153046(7)(8)

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
*Justices*

ATTORNEY GRIEVANCE COMMISSION,
      Plaintiff,

v

SC: 153046

ATTORNEY DISCIPLINE BOARD,
      Defendant.

_____/

On order of the Chief Justice, the parties' stipulated motion to extend the time for defendant to file its answer to the complaint for superintending control is GRANTED. The answer will be accepted as timely filed if submitted on or before March 9, 2016. On further order of the Chief Justice, defendant's motion to seal from public disclosure its answer to the complaint for superintending control is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 26, 2016

